# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.

Kamal Al Amin
*Defendant*

)
)
)
)
)
)
)

Case No. 3:26-mj-00102-WCM

**RECEIVED**
**UNITED STATES MARSHAL**

**4:00 pm, May 29 2026**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

FILED
**Charlotte**
**06/01/2026**
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kamal Al Amin ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

*W. Carleton Metcalf* (signature)

W. Carleton Metcalf
United States Magistrate Judge

Date: 05/29/2026
3:01 PM

*Issuing officer's signature*

City and state: Asheville, North Carolina

Honorable W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5-29-2026 , and the person was arrested on *(date)* 5-29-26 at *(city and state)* . |
| Date: 6-1-26 |

*Arresting officer's signature*

P. Helms / SA
*Printed name and title*